UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:24-cv-01043-JES-NPM

JEFFREY MERSCH,

    Plaintiff,

v.

ALL STARS PREMIUM
SPORTSWEAR, LLC, a foreign
limited liability company, and
JEFFERY WATSON, JR.,
individually,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF DISMISSAL**[1]

Plaintiff, JEFFREY MERSCH, through counsel, files this Notice of Dismissal With Prejudice in the above-styled cause pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 3.09.

---

[1] The parties settled prior to the defendants serving an answer, motion for summary and/or filing an appearance.

Dated: December 5, 2024.  /s/ *Wendell Locke*
_____
Wendell Locke, Esq. (FBN 119260)
LEAD COUNSEL
wendell@lockefirm.com

**LOCKE LAW, P.A.**
Attorneys for Plaintiff, Jeffrey Mersch
8201 Peters Road
Suite 1000
Plantation, Florida 33324
954.382.8858 office
954.827.0998 facsimile
www.lockefirm.com